

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**
                Plaintiff,

*ex rel.*
**BOYDE JERRY HARRISON,**
                Relator,

v.                                      No. 8:17-cv-2332-T-35-AAS

                                    EX PARTE
                                    UNDER SEAL
                                    [31 U.S.C. § 3730(b)(2)]

**CARESYNC, INC.,**
                Defendant.
_____/

## GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision to decline to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(c)(3), which allows the Relator to maintain the action in the name of the United States -- subject, however, to the proscription of § 3730(b)(1) that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Therefore, the United States requests that, should the Relator or the Defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that

all pleadings, motions, responses, replies, notices, and any other paper filed in this action be served upon the United States through the undersigned counsel and, additionally, that all Orders, Notices, and other papers issued by the Court be so served on counsel for the United States. The United States also reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date. See id.

Finally, the United States requests that -- with the exception of the Relator's *Complaint*, this *Notice*, and the Order unsealing this case -- all papers ordered to remain under seal by this Court's prior Orders be and remain under seal. This is requested because, in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed Order accompanies this notice.

Date: November 25, 2019

Respectfully submitted,

**MARIA CHAPA LOPEZ**
United States Attorney

*/s/ Charles T. Harden*
**Charles T. Harden III**
Assistant United States Attorney
Florida Bar No. 97934
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Tel: (813) 301-3075
Fax: (813) 274-6200

2

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on November 25, 2019, I caused a copy of the foregoing *Notice of Election to Decline Intervention* and proposed *Order* thereon to be sent to the following person by United States First Class Mail, postage pre-paid:

James D. Young
Morgan and Morgan
76 S. Laura St., Ste. 1100
Jacksonville, FL 32202
*Counsel for Relator*

**Charles T. Harden III**
Assistant United States Attorney