UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA ex rel.**
**BOYD JERRY HARRISON,**

    **Plaintiffs,**

v.                                                            Case No. 8:17-cv-2332-T-35AAS

**CARESYNC, INC.,**

    **Defendant.**
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of the United States' Notice of Election to Decline Intervention, in which the United States informs the Court of its decision to decline to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B). (S-18)

Accordingly, upon consideration of the foregoing, it is hereby **ORDERED** that:

1. The Complaint herein **SHALL** be unsealed and served upon the Defendant.

2. All other contents of the Court's file in this action **SHALL** remain under seal and not be made public or served upon the Defendant, except for the following additional documents:

    a. the United States' Notice of Election to Decline Intervention;

    b. and this Order;

which the Relator **SHALL** serve upon the Defendant only after service of process has been effected on the Defendant.

3. The seal **SHALL** be lifted as to all other matters occurring in this action after the date of this Order.

4. Any Party who files or otherwise serves a pleading, motion, notice, or other paper in this action **SHALL** also serve a copy of such document upon counsel for the United States, as provided for in 31 U.S.C. § 3730(c)(3). Additionally, the United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time. See id.

5. A copy of all Orders, Notices, and any other paper entered in this case by the Court **SHALL** be sent to counsel for the United States.

6. Before proposing that this action be dismissed, settled, or otherwise discontinued, the Relater or Defendant **SHALL** first solicit the written consent of the United States.

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of December, 2019.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person