**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES ex rel
BOYDE JERRY HARRISON

                                                     Case No. 8:17-cv-2332-T-35-AAS
                                                    **FILED UNDER SEAL**

v.

CARESYNC, INC.,
                Defendant.

**NOTICE OF VOLUNTARY DISMISSAL AS TO RELATOR AND WITHOUT
PREJUDICE AS TO THE UNITED STATES**

COMES NOW the Plaintiff-Relator in the above-styled action pursuant to Rule 41 of the Fed. Rules of Civ. Procedure and files this Notice of Voluntary Dismissal pursuant to Rule 41(a) and 31 U.S.C. §3730(b)(1) to voluntarily dismiss the above-styled Complaint. Plaintiff-Relator states unto the Court that the Defendant has not been served. Defendant has not filed an Answer or Motion for Summary Judgment.

Counsel for the Plaintiff-Relator has spoken with counsel for the Government and confirmed that the Government consents to the dismissal of this action.

Dated this 10th day of December 2019.

                                               /s/ Don McKenna
                                               Don McKenna (ASB-6494-C66D)
                                               Attorney for Relator/Plaintiff Boyde Jerry Harrison

OF COUNSEL:
Hare, Wynn, Newell and Newton, LLP
The Massey Bldg., Suite 800
2025 third Avenue North
Birmingham, AL 35203
Tel: (205) 328-5330
don@hwnn.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 10, 2019, I caused a copy of the foregoing Notice of Voluntary Dismissal as to Relator and Without Prejudice as to the United States to be sent to the following persons by U.S. First Class Mail, postage prepaid:

Maria Chapa Lopez
United States Attorney
Charles T. Harden III
Assistant United States Attorney
Florida Bar No. 97934
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Tel: (813) 301-3075
Fax: (813) 274-6200

James D. Young
Morgan and Morgan
76 S. Laura St., Ste. 1100
Jacksonville, FL 32202

/s/Don McKenna
Don McKenna