**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA ex rel.**
**BOYD JERRY HARRISON,**

    **Plaintiffs,**

**v.**                                                        **Case No. 8:17-cv-2332-T-35AAS**

**CARESYNC, INC.,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon review of Relator Boyde Jerry Harrison's Notice of Voluntary Dismissal Without Prejudice, (Dkt. 20), the United States' Notice of Consent to Relator's Notice of Voluntary Dismissal Without Prejudice, (Dkt. 21), and pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case**.**

    **DONE** and **ORDERED** in Tampa, Florida, this 17th day of December, 2019.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person